**DISMISSED and Opinion Filed August 4, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00862-CV

**DEBORAH ANN PRUITT, Appellant**
**V.**
**DOROTHY JEAN MULCIHY HYDE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01834-B**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Goldstein
Opinion by Justice Goldstein

We notified appellant, who is proceeding pro se, that her brief failed to comply with rule 38.1 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 38.1. We listed numerous defects in the brief, including that the statement of the case was not supported by record citations, or list the issues for review. Further, no part of the brief contained any citations to the record. To date, appellant has not filed an amended brief.

Even liberally construing appellant's August 31, 2022 brief, we conclude it is wholly inadequate to present any questions for appellate review and is in flagrant

violation of rule 38.1. *See* TEX. R. APP. P. 38.1; *Bolling v. Farmers Branch Indep. Sch. Dist*., 315 S.W.3d 893, 895 (Tex. App—Dallas 2010, no pet.).  The summary of the argument section and the argument sections of the brief consists only of a heading without any reference to the record or to authority.  Further, although directed to do so, appellant has failed to file an amended brief correcting the briefing deficiencies.  Under these circumstances, we strike appellant's August 31, 2022 brief and dismiss this appeal for want of prosecution. *See* Tex. R. App. P.  38.9(a); 42.3(b),(c).

210862f.p05

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DEBORAH ANN PRUITT,
Appellant

No. 05-21-00862-CV      V.

DOROTHY JEAN MULCIHY
HYDE, Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-01834-
B.
Opinion delivered by Justice
Goldstein. Justices Reichek and
Nowell participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.


Judgment entered this 4th day of August, 2023.